UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 19-cr-10117-IT |
| | ) | |
| FELICITY HUFFMAN, | ) | |
| *Defendant* | | |

### DEFENDANT'S ASSENTED-TO MOTION TO ADVANCE HEARING DATE

Defendant Felicity Huffman respectfully requests that the Court advance the date for her Waiver of Indictment and Plea to Information Hearing from May 24, 2019 to May 21, 2019. As grounds for her motion, defendant states that her lead defense counsel, Martin F. Murphy, is not available on May 24, 2019, the date initially set for the hearing.

Counsel for the United States assents to this Motion.

Respectfully submitted,

FELICITY HUFFMAN
By his attorneys,

*/s/ Martin F. Murphy*
Martin F. Murphy BBO # 363250
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
mmurphy@foleyhoag.com

DATED: April 9, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of April 2019.

                                                           *Martin F. Murphy*
                                                           Martin F. Murphy