IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**FELICITY HUFFMAN,**<br><br>　　　　Defendant. | **Criminal No.** 19-CR-10117-6 |

**ASSENTED TO MOTION TO CHANGE RULE 11 DATE**

　　A waiver of indictment and change of plea hearing (Rule 11 hearing) for Defendant Felicity Huffman is currently scheduled for May 21, 2019.  The Government hereby moves to reschedule this hearing to the afternoon of May 13, 2019.  As grounds for the motion, undersigned counsel for the Government represents that he will be traveling out of the country during the week of May 20th, 2019.  Accordingly, the government respectfully requests that the hearing be moved forward to the afternoon of May 13, 2019.

　　The Government has conferred with defense counsel for Defendant, who has graciously consented to this request.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ANDREW E. LELLING
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　*Eric S. Rosen*
　　　　　　　　　　　　　　　　　　　　　ERIC S. ROSEN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　　Date:  April 25, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that the parties have met and conferred about this motion to continue, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated: April 25, 2019                                          By:   */s/ Eric S. Rosen*
                                                                                        ERIC S. ROSEN
                                                                                        Assistant United States Attorney