UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELICITY HUFFMAN,<br><br>Defendant. | Criminal No. 19-CR-10117<br><br>Violations:<br><br>Count One: Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349) |

FILED
In Open Court
USDC, Mass.
Date 5-13-19
By
Deputy Clerk

## WAIVER OF INDICTMENT

I, Felicity Huffman, the above-named defendant, who is accused of conspiracy to commit mail fraud and honest services mail fraud, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on May 13, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Felicity Huffman
Defendant

_____
Martin Murphy
Attorney for Defendant

Before: _____
INDIRA TALWANI
United States District Judge



DOCKETED      368