**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-10117 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICITY HUFFMAN, | ) | |
| *Defendant* | ) | |

## EXHIBITS TO FELICITY HUFFMAN'S SENTENCING MEMORANDUM

A. Defendant Felicity Huffman's Letter to the Court.

B. Affidavit of Martin F. Murphy.

C. Report of MCM Data Consulting Concerning Federal Sentencing Data Analysis.

D. Letters in Aid of Sentencing:

| TAB | NAME |
|---|---|
| 1 | William Macy |
| 2 | Val Underwood |
| 3 | Betsey Huffman |
| 4 | Laura Bauer |
| 5 | Kate Blumberg and Todd Weeks |
| 6 | Ellen Etten |
| 7 | Lucas Ross |
| 8 | Marc Cherry |
| 9 | Eva Longoria Baston |
| 10 | Isabel Belden |
| 11 | Grace Huffman |
| 12 | Jessie Huffman |
| 13 | Joseph Huffman |
| 14 | Mitzi Lizarraga |
| 15 | Stella Jeong |
| 16 | Daniel and Benjamin Barnz |
| 17 | Amelia Hamilton |
| 18 | Wendy Mogel |

| TAB | NAME |
|---|---|
| 19 | Deborah Kory |
| 20 | Mary McCann and Neil Pepe |
| 21 | Buck Jones |
| 22 | Jessie Huffman |
| 23 | Moore Huffman |
| 24 | Moore Huffman |
| 25 | Barry Muniz |
| 26 | Thomas Alderson |
| 27 | Douglas E. Phelps |

Respectfully submitted,

FELICITY HUFFMAN
By her attorneys,

*/s/ Martin F. Murphy*
Martin F. Murphy BBO # 363250
Julia Amhrein BBO # 684912
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
mmurphy@foleyhoag.com

DATED: September 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of September 2019.

*Martin F. Murphy*
Martin F. Murphy

B5037626.1