# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 19-10117 |
| ) | |
| ) | |
| v. ) | |
| ) | |
| FELICITY HUFFMAN, ) | |
| *Defendant* ) | |

### AFFIDAVIT OF MARTIN F. MURPHY

I, Martin F. Murphy, hereby state under oath:

1. I am counsel of record to Felicity Huffman.

2. On July 11, 2019, I listened to a number of recordings at the United States Attorney's Office between Ms. Huffman and Rick Singer.

3. One of those recordings documents a meeting on October 16, 2018. In that meeting Mr. Singer states: "$15,000 investment, she got a 1420, which is huge. No school can say no to her based on scores. Now it's about ability. That was a smart move."

4. Another recording documents a telephone conversation on March 5, 2018. In that call, Ms. Huffman stated that she was "not going to go the same route with Georgia as we did with Sophia. It just doesn't feel right."

5. Based on discussions with Ms. Huffman and a review of the public record concerning Ms. Huffman's involvement in charitable causes, I have compiled a partial list of events and causes Ms. Huffman has supported. The record shows that, year-after-year, she has devoted time to raising awareness and money for the causes she supports. For example, she has frequently participated in pro concerning cancer and women's health research, performing or serving as the keynote speaker at events,

1

serving as a volunteer spokesperson of on host committees, filming public service announcements and participating in telethons. Examples include:

- *National Breast Cancer Coalition Event – "Les Girls 5"* (October 17, 2005) https://imagecollect.com/picture/felicity-huffman-photo-256463/les-girls-5-cabaret;

- *Entertainment Industry Foundation- Revlon Run/Walk* (May 13, 2006); https://www.gettyimages.co.uk/detail/news-photo/the-13th-annual-revlon-run-walk-for-women-in-los-angeles-news-photo/115113325?adppopup=true

- *Entertainment Industry Foundation- "If You Were My Sister" campaign* (August 29, 2007), https://www.youtube.com/watch?v=UDKY4mwb0T8;

- *National Breast Cancer Coalition Fundraiser - "Les Girls"* (October 8, 2007), http://imagecollect.com/picture/felicity-huffman-photo-3877447/seventh-annual-all-star-les-girls;

- *Spirit of Women Red Shoe Celebrity Auction* (February 5, 2008), https://www.looktothestars.org/news/337-celebrity-shoe-auction-for-womens-heart-health;

- *Entertainment Industry Foundation – Women's Cancer Research Fund* (February 20, 2008), http://www.zimbio.com/photos/Felicity+Huffman/Saks+Fifth+Avenue+Unforgettable+Evening+Benefit/WEcElW9Wy_1;

- *EIF Women's cancer research fund "shower for the cure"* (October 1, 2009); https://www.youtube.com/watch?v=UihcnOTIA4k;

- *The Heart Truth Red Dress Collection 2010 Fashion Show* (February 11, 2010), https://www.youtube.com/watch?v=HKC25bUWC4o;

- *Charity Ambassador for Lee National Denim Day* (May 2010), https://www.youtube.com/watch?v=rx3c-TlQwqo;

- *CurePC PSA* (March 3, 2012), https://www.ispot.tv/ad/7ov7/the-lustgarten-foundation-featuring-felicity-huffman;

- *Ford Warriors In Pink Day* (September 26, 2014), https://www.youtube.com/watch?v=_4PFLzbNlcQ;

- *PSA Stand Up To Cancer* (March 30, 2017); https://people.com/human-interest/felicity-huffman-psa-stand-up-to-cancer/

6. The public records show that she has played a similar role in efforts to raise funds for many other causes, including:

- at-risk children—*see* Clothes Off Our Back Event (September 13, 2007), https://www.shutterstock.com/image-photo/felicity-huffman-platinum-guild-international-clothes-110972474;

2

B5037580.1

- class room teachers—*see* "Day Made Better" Event (October 1, 2008), https://officedepot.gcs-web.com/news-releases/news-release-details/today-officemax-surprises-1300-teachers-second-annual-day-made ;

- homelessness, —*see* Homeless Not Toothless Event (September 8, 2009), https://www.homelessnottoothless.org; Homeless Youth Fundraiser (February 6, 2010), http://www.zimbio.com/photos/Felicity+Huffman/Cast+ABC+Desperate+Housewives+Step+Up+Benefit/F86l58kMReV;

- LGBTQ rights—*see* Human Rights Campaign: Advocating for LGBTQ Equality (July 30, 2005), https://www.hrc.org/viral;

- Latina children, —*see* Padres Contra El Cancer (September 23, 2010), https://www.youtube.com/watch?v=u9nytQslLmE (at 2:50); Vanity Fair and Chrysler Celebration of the Eva Longoria Foundation (February 23, 2012); http://www.zimbio.com/photos/Felicity+Huffman/Vanity+Fair+Chrysler+Celebration+Eva+Longoria/ToVtcBWf2SV;

- humanitarian relief, —*see* International Medical Corps Benefit (October 16, 2010), https://www.youtube.com/watch?v=acdGLYAg4UI&hd=1;

- human rights campaigns, —*see* Human Rights Action Center – Burma "It Can't Wait" PSA (2008), https://www.youtube.com/watch?v=q2msECrq300;

- environmental initiatives—*see* Rain Forest Action Network Event (April 20, 2006), https://www.gettyimages.es/detail/fotograf%C3%ADa-de-noticias/felicity-huffman-and-william-h-macy-during-fotograf%C3%ADa-de-noticias/120831871?adppopup=true; UCLA's 2018 Institute Of The Environment And Sustainability (IoES) Gala (March 22, 2018); https://www.ioes.ucla.edu/event/2018-ioes-gala-sea-co2-change/;

- reproductive freedom, *see* Champion of Choice at Planned Parenthood Advocacy Project: Politics, Sex And Cocktails Fundraising Event (October 6, 2009), https://www.gettyimages.com/detail/news-photo/actress-felicity-huffman-attends-planned-parenthood-news-photo/120821477?uiloc=thumbnail_more_from_this_event_adp&uiloc=thumbnail_more_from_this_event_adp; NARAL Pro-Choice America's Luncheon (February 10, 2011, http://www.zimbio.com/photos/Felicity+Huffman/NARAL+Pro+Choice+America+Luncheon/Nzs8m36sWHf;

- women's empowerment, *see* Keynote speaker for Women's Expo on Female Empowerment (October 2012), https://raycepr.com/la-ultimate-womens-expo/; PSA video for LOOK WHAT SHE DID (April 2017); https://www.facebook.com/watch/?v=1623717694381635; LOOK WHAT SHE DID fundraising luncheon (February 2018), https://www.classy.org/event/look-what-she-did-benefit-brunch/e224602 ;

- rape prevention, *see* The Rape Foundation Annual Brunch (October 7, 2018); https://www.gettyimages.com/detail/video/felicity-huffman-and-william-h-macy-on-why-they-came-out-news-footage/1050902688; and

B5037580.1

- the "Time's Up" movement. *See* https://www.hollywoodreporter.com/news/times-up-sexual-harassment-prevention-initiative-launched-by-hollywood-women-1070896

7. Subject to the approval of the Probation Department, Ms. Huffman proposed to serve any community service the Court order with two Los Angeles organizations: the Teen Project and the Community Coalition. Both serve at risk-youth in the Los Angeles area. The Teen Project, *see* http://theteen-project.com/, operates an addiction recovery program for teenagers aging out of the foster care system. If approved by the Court and the Probation Department, Ms. Huffman would work at the program, helping the project's residents progress through their individualized recovery plans, supporting the organization's efforts to provide job skills training and helping residents obtain high school equivalency certifications. The Community Coalition, among other things, works to increase college matriculation and disrupt the school to prison pipeline. *See http://cocosouthla.org/* Ms. Huffman, If approved, Ms. Huffman would tutor young people, assist with financial aid packages, answers phone calls at the front desk, and help with the organization's outreach efforts. Both organizations have agreed, if approved, to report on Ms. Huffman's participation to Probation,

Signed under the pains and penalties of perjury this 6th day of September 2019.

*[signature]*
Martin F. Murphy

---