

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 5, 2019

**BY HAND**

Honorable Indira Talwani
U.S. District Judge
U.S. District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    *United States v. Abbott, et al.*, No. 19-cr-10117-IT

Dear Judge Talwani:

    As indicated in Footnote 1 of the Government's Memorandum regarding Methodology for Calculating Gain or Loss under the Sentencing Guidelines, which was filed today in the above-referenced matter at Docket 420, enclosed please find an Appendix of documents cited therein.

    Sincerely,

    Eric S. Rosen
    Assistant United States Attorney

# APPENDIX
### to the Government's Memorandum Regarding
### the Methodology for Calculating Gain or Loss under the Sentencing Guidelines,
### United States v. Abbott, et al., No. 19-cr-10117-IT

**Tab**     **Document**
1. Winton, Richard, *Long before college admissions scandal, universities saw signs of fraud on campus*, L.A. TIMES (May 20, 2019), *available at* https://www.latimes.com/local/lanow/la-me-college-admissions-scandal-universities-what-know-explainer-20190520-story.html
2. Georgetown University, Update on the U.S. Department of Justice Investigation (March 12, 2019), *available at* https://www.georgetown.edu/media-advisories/03122019b
3. Rubin, Joel and Matthew Ormseth, *How many students cheated to get into USC? A look inside the admissions investigation*, L.A. TIMES (July 16, 2019), *available at* https://www.latimes.com/local/lanow/la-me-college-admissions-usc-20190716-story.html
4. University of Southern California, Updates regarding college admissions investigation, *available at* https://news.usc.edu/155195/statement-regarding-college-admissions-investigation/ (last updated Aug. 12, 2019)
5. University of Southern California, USC information on college admissions issue (Aug. 11, 2019), *available at* https://news.usc.edu/155225/usc-information-on-college-admissions-issue/
6. E-Poll Market Research, *How Do Brands Survive a Crisis?* (May 13, 2019), *available at* https://blog.epollresearch.com/2019/05/13/how-do-brands-survive-a-crisis/
7. Rooney, P., and Smith, J., *The Impact of Highly Publicized Campus Scandals on College Outcomes*, CONTEMPORARY ECONOMIC POLICY (Mar. 18, 2019), *available at* https://onlinelibrary.wiley.com/doi/full/10.1111/coep.12427
8. Mackovich, Ron, *USC sees record number of applicants for fall 2018 admission*, USC NEWS (March 23, 2018), *available at* https://news.usc.edu/139338/usc-acceptance-rate-fall-2018-admission/
9. USC Dornsife College of Letters, Arts and Sciences, Freshman Application Process, *available at* https://dornsife.usc.edu/undergraduate-application-process/ (last accessed Sept. 4, 2019)
10. Kahn-Perry, Taylor, *Admissions Rate Falls to 14 Percent, Lowest in University History*, THE HOYA (April 5, 2019), *available at* https://www.thehoya.com/admit-rate-falls-14-percent-lowest-university-history/
11. Georgetown University Office of Undergraduate Admissions, First Year Application, *available at* https://uadmissions.georgetown.edu/applying/first-year-application/ (last accessed Sep. 4, 2019)
12. Calif. Bill No. ACR-64
13. Press Release, Cal. State System, CSU New Students Applications and Admissions By Campus and Student Level (Dec. 14, 2018), *available at* https://www.calstate.edu/as/stat_reports/2018-2019/apps_f2018_all.htm,

14. Press Release, UC System, Freshman Applications by Campus and Residency, *available at* https://www.ucop.edu/institutional-research-academic-planning/_files/factsheets/2019/fall-2019-applications-table-1-1.pdf
15. ACT, Inc., Current ACT Fees and Services, *available at* https://www.act.org/content/act/en/products-and-services/the-act/registration/fees.html (last accessed Sep. 4, 2019)
16. College Board, Fees, *available at* https://collegereadiness.collegeboard.org/sat/register/fees (last accessed Sep. 4, 2019)
17. Jack Meserve, *The SAT May Have Been Changed To Help The College Board Maximize Revenue*, THE MOTLEY FOOL (Mar. 7, 2014), *available at* https://www.businessinsider.com/the-sat-may-have-been-changed-to-help-college-board-maximize-revenue-2014-3
18. Transcript of Proceedings, *United States v. Tanner*, No. 17-cr-00061-LAP (S.D.N.Y. Oct. 30, 2018) (Dkt. 214)
19. Judgment, *United States v. Allen*, No. 18-cr-20773-KMW (S.D. Fla. July 8, 2019) (Dkt. 34)
20. Plea Agreement, *United States v. Allen*, No. 18-cr-20773-KMW (S.D. Fla. Oct. 3, 2018) (Dkt. 10)
21. Jury Verdict, *United States v. Esformes*, No. 16-cr-20549-RNS (S.D. Fla. April 5, 2019) (Dkt. 1245)
22. Unpublished Decisions
    a. *United States v. Corrigan*, 273 F. App'x 15 (2d Cir. 2008)
    b. *United States v. Rybicki*, 38 F. App'x 626 (2d Cir. 2002)
    c. *United States v. Winters*, 62 F.3d 1418, 1995 WL 462415 (6th Cir. Aug. 3, 1995)
    d. *United States v. Kelly*, No. 17-cr-547001-RWS, 2018 WL 2411593 (S.D.N.Y. May 29, 2018)