# APPENDIX
## to the Government's Consolidated Sentencing Memorandum,
## United States v. Abbott, et al., No. 19-cr-10117-IT

| Tab | Document |
|---|---|
| 1. | Taylor Kahn-Perry, *Admissions Rate Falls to 14 Percent, Lowest in University History*, THE HOYA (Apr. 5, 2019), https://www.thehoya.com/admit-rate-falls-14-percent-lowest-university-history/ |
| 2. | Natalie Oganesyan, *USC Acceptance Rate Drops to 11 Percent, Record Low*, DAILY TROJAN (Mar. 28, 2019), http://dailytrojan.com/2019/03/28/usc-fall-acceptance-rate-drops-to-11-percent-record-low/ |
| 3. | Domenic J. Brewer et al., *Does It Pay To Attend an Elite Private College? Cross Cohort Evidence on the Effects of College Quality on Earnings*, (Nat'l Bureau of Econ. Research, Working Paper 5613, June 1996), https://www.nber.org/papers/w5613 |
| 4. | Stacy Dale & Alan B. Krueger, *Estimating the Return to College Selectivity Over the Career Using Administrative Earnings Data* (Nat'l Bureau of Econ. Research, Working Paper 17159, June 2011), https://www.nber.org/papers/w17159.pdf |
| 5. | Raj Chetty et al., *Mobility Report Cards: The Role of Colleges in Intergenerational Mobility*, Equality of Opportunity Project (June 2017), http://www.equality-of-opportunity.org/papers/coll_mrc_paper.pdf |
| 6. | Jane Carr et al., *We Asked How the College Cheating Scam Made You Feel. Your Stories Were Incredible*, CNN (Mar. 21, 2019), https://www.cnn.com/2019/03/21/opinions/college-admissions-scam-cheating-share-your-story-opinion/index.html |
| 7. | Scott Jaschik, *The Week that Shook College Admissions*, INSIDE HIGHER ED. (Mar. 18, 2019), https://www.insidehighered.com/admissions/article/2019/03/18/look-how-indictments-shook-college-admissions |
| 8. | Excerpt from S. REP. NO. 98-225 (1983) |
| 9. | Stephen Breyer, *The Federal Sentencing Guidelines and the Key Compromises Upon Which They Rest*, 17 HOFSTRA L. REV. 1 (1988) |
| 10. | *United States v. Barrington*, 648 F.3d 1178 (11th Cir. 2011) |
| 11. | Ann Cammett, *Welfare Queens Redux: Criminalizing Black Mothers in the Age of Neoliberalism*, 25 S. CAL. INTERDISC. L.J. 363 (2016), https://gould.usc.edu/why/students/orgs/ilj/assets/docs/25-2-Cammett.pdf |

| Tab | Document |
| --- | --- |
| 12. | Irving DeJohn, *Purdue University Graduate Gets Four-Year Sentence for Grade-Changing Scandal*, N.Y. DAILY NEWS (Mar. 3, 2014), http://www.nydailynews.com/news/national/purdue-university-graduate-hit-four-year-sentence-grade-changing-scandal-article-1.1709170 |
| 13. | *Former E.P.I.S.D. Superintendent Garcia Sentenced To Federal Prison*, U.S. Dep't. of Just. (Oct. 5, 2012), https://www.justice.gov/archive/usao/txw/news/2012/EPISD%20Garcia%20sentencing%20final.pdf |
| 14. | David Rosenzweig, *Minister Is Given Prison Term for Student Aid Fraud*, L.A. TIMES (Oct. 21, 2003), https://www.latimes.com/archives/la-xpm-2003-oct-21-me-scholar21-story.html |
| 15. | *Former Beaumont ISD Assistant Superintendent Sentenced for Federal Violations*, U.S. Dep't. of Just. (June 8, 2016), https://www.justice.gov/usao-edtx/pr/former-beaumont-isd-assistant-superintendent-sentenced-federal-violations |
| 16. | *Investigative Report: Former Barton County Track Coach Lance Brauman Sentenced to 12 Months and a Day in Federal Prison*, U.S. Dep't. of Educ. (Oct. 2, 2006), https://www2.ed.gov/about/offices/list/oig/invtreports/ks102006.html |
| 17. | Associated Press, *Four Going to Jail for Fraud at Community College*, ESPN (Oct. 2, 2006), https://www.espn.com/college-sports/news/story?id=2611020 |
| 18. | Hannah Fry, *Tutor Pleads Guilty in Corona del Mar High Cheating Scandal, Gets 1 Year in Jail*, L.A. TIMES (Aug. 4, 2015), https://www.latimes.com/socal/daily-pilot/news/tn-dpt-me-0805-lai-20150804-story.html |
| 19. | *Former High School Counselor Sentences for Mail Fraud Scheme Inflating Daughter's Grades to Obtain College Scholarships*, U.S. Dep't of Just. (May 17, 2019), https://www.justice.gov/usao-sdwv/pr/former-high-school-counselor-sentenced-mail-fraud-scheme-inflating-daughters-grades |
| 20. | *Chelsea Man Pleads Guilty to Student Financial Aid Fraud*, U.S. Dep't. of Just. (Dec. 10, 2014), https://www.justice.gov/usao-ma/pr/chelsea-man-pleads-guilty-student-financial-aid-fraud |
| 21. | Judgment, *United States v. Fonge*, No. 1:14-CR-10194-WGY (Dkt. 19) |
| 22. | *Hacker Sentenced for Breaking into Medical School Application Computers*, U.S. Dep't of Just. (Sept. 1, 2013), https://www.justice.gov/usao-edva/pr/hacker-sentenced-breaking-medical-school-application-computers |

Case 1:19-cr-10117-IT Document 431 Filed 09/09/19 Page 3 of 3

| Tab | Document |
|---|---|
| 23. | Scott Martindale, *Student Computer Hacker Pleads Guilty, Gets 30 Days*, O.C. REGISTER (Mar. 22, 2011), https://www.ocregister.com/2011/03/22/student-computer-hacker-pleads-guilty-gets-30-days/ |
| 24. | Lisa Belkin, *Jailed for Choosing a Better School?*, N.Y. TIMES (Jan. 27, 2011), https://parenting.blogs.nytimes.com/2011/01/27/jailed-for-choosing-a-better-school/?scp=1&sq=Williams-Bolar&st=cse |
| 25. | Richard Fausset & Alan Blinder, *Atlanta School Workers Sentences in Test Score Cheating Case*, N.Y. TIMES (Apr. 14, 2015) https://www.nytimes.com/2015/04/15/us/atlanta-school-workers-sentenced-in-test-score-cheating-case.html |
| 26. | Donna Lowry, *Sentences Reduced for 3 in Atlanta Cheating Scandal*, USA TODAY (Apr. 30, 2015), https://www.usatoday.com/story/news/nation/2015/04/30/atlanta-educators-resentenced/26643997/ |
| 27. | *Sharon Davis-Williams*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/sharon-davis-williams/53733806 |
| 28. | *Tamara Cotman*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/tamara-cotman/53731018 |
| 29. | *Michael Pitts*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/michael-pitts/53732959 |
| 30. | *Angela Williamson*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/angela-williamson/53731513 |
| 31. | *Tabeeka Jordan*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/tabeeka-jordan/53731094 |
| 32. | *Shani Robinson*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/shani-robinson/53733845 |
| 33. | *Diane Buckner-Webb*, WSB-TV Atlanta (Mar. 26, 2015) https://www.wsbtv.com/news/local/diane-buckner-webb/53730752 |
| 34. | *Dana Evans*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/dana-evans/53730379 |
| 35. | *Donald Bullock*, WSB-TV Atlanta (Mar. 26, 2015), https://www.wsbtv.com/news/local/donald-bullock/53733873 |