From: Tacoma Urban Performing Arts Center TUPAC
      &lt;office@tacomaupac.org&gt;
Date: 09/12/2019 09:27 PM
Subject:    Felicity Huffman


Judge Talwani --

This is the first letter I have ever written to a judge, and I am not up on the protocol, so here goes --

One would think I would not be writing you in light of the fact I am the Executive Director of a Performing Arts Organization where our mission is to elevate marginalized children in arts education. The children we focus on have many obstacles that normally prevent them from experiencing high quality arts experiences.

I have had the pleasure of working with Felicity Huffman on a short film, House Hunting, where she donated her time and talents to help an aspiring filmmaker make her first film. Felicity was there every day working as hard as she would on a big budget film or television show. She was engaging and generous with her time, all the while working for the love of the art.

My next encounter with Ms. Huffman was on Season 2 of Desperate Housewives, where I worked as the Boom Operator on the 2nd Unit. There was an actress on the show, with whom I had worked with on a Top Television Show for the entire First Season, where I was the Assistant to the Executive Producer.
This particular actress and I knew each other very well, I had even choreographed an Episode of an episode of the show featuring this actress dancing and singing.

My first day of working on Season 2 of Desperate Housewives, this actress snubbed me and pretended not to know me - this was very hurtful. Felicity noticed this snub and responded with kindness toward me. Every day that I worked on Desperate Housewives with Felicity and the other actress, Felicity always went a step beyond and made sure to acknowledge me, find moments of humor and levity and to make me feel as if I belonged there. I should also add, I was the only African American Crew member employed by the show, and I often felt the weight of that!

I am requesting you to be lenient in sentencing Ms. Huffman this Friday, September 13th, 2019. I'm sure she was doing what she thought was needed to help her child succeed in her educational endeavors.

From my time being around Felicity, I found her to be a caring, passionate, sensitive, humorous, kind and accepting person. I can not imagine she does not regret the decisions she made in this matter. I will be happy to answer any questions you may have for me in this matter. I am attaching a brochure from the non-profit performing arts school I am the Executive Director of.

Thank you for whatever consideration you are able to extend to Felicity Huffman.


Best -

Klair Ethridge
Executive Director
Tacoma Urban Performing Arts Center | T.U.P.A.C. |
705 Opera Alley Tacoma, WA 98402
253-327-1873 | office@tacomaupac.org | www.tacomaupac.org


(See attached file: Brochure2019.pdf)

ALL AGES DANCE CLASSES INCLUDING Ballet, Contemporary, Flamenco, West African, Musical Theatre,

PERFORMANCE OPPORTUNITIES FOR ALL AGES



Photo Credit: Jenny L. Miller



Photo Credit: Theresa Guerrero

SAVE THE DATE: OPEN AUDITION for T.U.P.A.C.'s URBAN NUTCRACKER 2019
TUESDAY, AUGUST 13TH !!
CHECK WEBSITE FOR DETAILS!



Photo Credit: Theresa Guerrero

SUMMER DANCE CAMPS, YEAR ROUND DANCE TECHNIQUE, CLASSES & WORKSHOPS, CULTURE AND HERITAGE DANCE



Photo Credit: Jenny L. Miller

***"Where classical dance legends are trained"*** T.U.P.A.C., offers community centered ballet, contemporary and multicultural dance classes for children, teens and adults.

***Dance is a living, breathing ART form*** that builds self-discipline and confidence while providing students with an outlet for group and individual creative expression.

***Bye-bye Ballet Pink*** We are leading the way in promoting and creating diversity and equity in the ballet community, by promoting skin toned tights and shoes.



T.U.P.A.C.
Tacoma Urban Performing Arts Center



Photo Credit: Theresa Guerrero

# T.U.P.A.C.

*"Where Classical Ballet Legends are Trained"*

Tacoma Urban Performing Arts Center
705 Opera Alley
Tacoma, WA 98402
(253) 327-1873
tacomaupac.org

## CO-FOUNDERS

### KABBY MITCHELL III


Puget Sound Professionals

"Kabby Mitchell III, (1957 - 2017) was in his early 20s when he became the first black company member of PNB, in 1979. A charismatic young man clearly at ease with being elegantly airborne, he danced with the company until 1984, reaching the rank of soloist. It was the beginning of a rich career that took him around the world. He performed with Nederlands Dans Theater, Dance Theater of Harlem, PNB and other companies – but kept himself rooted here in the Pacific Northwest, where he became a beloved choreographer, teacher, mentor and role model." – Moira Macdonald, The Seattle Times

### KLAIR ETHRIDGE

Klair has always worked in the arts/entertainment fields. She began her dance training at the American Ballet Theatre School, the High School of Performing Arts, Dance Theatre of Harlem, Alvin Ailey American Dance Theater and various other schools of dance in New York City. Klair danced in numerous stage, television, and feature film productions.



## OUR VISION



T.U.P.A.C. envisions a future where students will be globally recognized as T.U.P.A.C artists by the content of their character, their poise and stature, the generosity of their spirit and the phenomenal contributions they make to their communities and the planet.

## OUR MISSION

Tacoma Urban Performing Arts Center's mission is to provide our most deserving youth world class opportunities to achieve Artistic Excellence in the Performing Arts.

## OUR PROMISE

Every T.U.P.A.C. student will receive world class pre-professional training to discover and develop their gift and talent in the performing arts.



Jenny L. Miller

## WHO WE ARE

**Klair Ethridge, T.U.P.A.C. Co-Founder and Director,** is a former professional dancer, technician, film and television producer.

**Julie Tobiason, Ballet Director,** is a former Principal Dancer with Pacific Northwest Ballet (PNB) and is a current PNB faculty member.

**Lynne Short, Ballet Master Instructor,** has danced professionally with Memphis Ballet, Hartford Ballet and Pacific Northwest Ballet. She is current Pacific Northwest Ballet (PNB) Faculty.

Get to know our Board Members, Advisors, Instructors, Master Teachers, Artist-in-Residence and guest Master Teachers via our website!

We value our community of volunteers!

**Contact Us**
T.U.P.A.C.
705 Opera Alley
Tacoma, WA 98402
(253) 327-1873
contact@tacomaupac.org
www.tacomaupac.org