UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19-10117 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELICITY HUFFMAN, | ) | |
|     *Defendant* | ) | |

**DEFENDANT FELICITY HUFFMAN'S ASSENTED-TO MOTION
FOR RETURN OF PASSPORT**

Defendant Felicity Huffman respectfully requests that the Court order the United States Probation and Pre-Trial Services Department to return her passport. As grounds for her motion, Huffman states:

1. At the time of her initial appearance Ms. Huffman surrendered her passport without objection to the United States Probation and Pretrial Services Office.

2. Ms. Huffman will shortly complete the period of supervised release the Court imposed on September 13, 2019. She has already completed all other aspects of the sentence the Court imposed that day.

3. Ms. Huffman's passport remains in the possession of the United States Probation and Pretrial Services Office.

4. Counsel for the government has assented to this motion.

WHEREFORE, Felicity Huffman respectfully requests that the Court order the return of her passport.

1

Respectfully submitted,

FELICITY HUFFMAN
By her attorneys,

*/s/ Martin F. Murphy* _____
Martin F. Murphy BBO # 363250
Julia Amrhein BBO # 684912
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
mmurphy@foleyhoag.com
jamrhein@foleyhoag.com

DATED: October 21, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of October 2020.

*Martin F. Murphy*_____
Martin F. Murphy